**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**INTERVEST CONSTRUCTI0N, INC.,**

      **Plaintiff,**

-vs-                                          **Case No. 6:05-cv-1853-Orl-31KRS**

**CANTERBURY ESTATES HOMES, INC.,**

      **Defendant.**

**ORDER OF RECUSAL**

Upon the Court's own motion, based upon the Court's review of the file in this case, the undersigned Judge determines the interests of justice would be served by recusal from this case. A member of my family is a member of a law firm representing one of the parties in this case. The Clerk of Court is directed to reassign this case to another magistrate judge.

**DONE** and **ORDERED** in Orlando, Florida on December 21, 2005.

                                                        *Karla R. Spaulding*
                                                  KARLA R. SPAULDING
                                         UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties